Village Medical Supply, Inc. a/a/o Cindy Caspata, Plaintiff-Respondent, 
against
Travelers Property Casualty Insurance Company, Defendant-Appellant.



Defendant, as limited by its brief, appeals from an order of the Civil Court of the City of New York, New York County (Erika M. Edwards, J.), entered June 1, 2016, which denied its motion for summary judgment dismissing the complaint.




Per Curiam.
Order (Erika M. Edwards, J.), entered June 1, 2016, reversed, with $10 costs, motion granted and complaint dismissed. The Clerk is directed to enter judgment accordingly.
Defendant-insurer established its prima facie entitlement to summary judgment dismissing the underlying first-party no-fault claims as premature, since the record conclusively establishes that plaintiff failed to respond to timely requests for verification (see St. Vincent Med. Care, P.C. v. Country Wide Ins. Co., 80 AD3d 599, 600 [2011]). No triable issue was raised by plaintiff's claim that defendant had no "good reason" (11 NYCRR 65-3.2[c]) for its verification request for a manufacturer's invoice documenting the cost of the supplies provided to the assignor (see New Way Med. Supply Corp. v State Farm Mut. Auto Ins. Co., 56 Misc 3d 132[A], 2017 NY Slip Op 50925[U] [App Term 2d, 11th and 13th Jud Dists 2017]; see also 12 NYCRR 442.2[a]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 17, 2018